UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | |
| RONALD L. BLACKBURN, ANDREW V. REID, BRUCE A. GWYN, MICHAEL A. MULSHINE, LEE C. SCHLESINGER, SAMUEL E. WHITLEY, AND TREATY ENERGY CORPORATION, | § § § § § § § | CASE NO. 4:14-cv-812 |
| Defendants. | § | |

**AGREED MOTION TO EXTEND TIME TO FILE REPLY TO PLAINTIFF'S
RESPONSE TO SCHLESINGER'S PARTIAL MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 12, Defendant Lee C. Schlesinger ("Defendant") respectfully moves the Court to extend his deadline to reply to Plaintiff's Response to Defendant Lee Schlesinger's Partial Motion to Dismiss to April 2, 2015.

1. On December 15, 2014, the Commission filed its Complaint alleging various violations of the federal securities laws.

2. On February 2, 2015, Defendant Lee Schlesinger filed a Partial Motion to Dismiss. [Doc. 18]. Defendant Schlesinger and Plaintiff agreed to an extension for Plaintiff's Response. Plaintiff filed its Response on March 19, 2015.

3. Defendant Schlesinger requests an extension of the reply time to April 2, 2015. Counsel for Plaintiff agrees to the requested extension.

4. This request is made not for purposes of delay but so that justice may be done.

Therefore, Defendant Schlesinger respectfully requests that the Court grant the relief requested herein. A proposed order is attached.

Respectfully submitted,

**BELL NUNNALLY & MARTIN, LLP**

By: /s/ *Jeff Ansley*
Jeffrey J. Ansley
Texas Bar No. 00790235
jansley@bellnunnally.com
Gregory D. Kelminson
Texas Bar No. 24070045
gkelminson@bellnunnally.com

1400 One McKinney Plaza
3232 McKinney Avenue
Dallas, Texas 75204-2429
(214) 740-1462 Telephone
(214) 740-1499 Facsimile

**ATTORNEYS FOR LEE C. SCHLESINGER**

### CERTIFICATE OF CONFERENCE

In accordance with Local Rule CV-7, I certify that on March 27, 2015, I conferred by email with Jennifer Brandt, counsel for Plaintiff, regarding this motion, and she agreed to the requested relief.

/s/ *Greg Kelminson*
Gregory D. Kelminson

### CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2015, I electronically submitted the foregoing document to the clerk of court for the United States District Court, Eastern District of Texas, Sherman Division, using the electronic case filing system of the Court. I hereby certify that I have served all counsel according to Fed. R. Civ. P. 5(b)(2).

/s/ *Greg Kelminson*
Gregory D. Kelminson

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | |
| RONALD L. BLACKBURN, ANDREW V. REID, BRUCE A. GWYN, MICHAEL A. MULSHINE, LEE C. SCHLESINGER, SAMUEL E. WHITLEY, AND TREATY ENERGY CORPORATION, | § § § § § § § | CASE NO. 4:14-cv-812 |
| Defendants. | § | |

**ORDER GRANTING AGREED MOTION TO EXTEND TIME
TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT
<u>LEE C. SCHLESINGER'S PARTIAL MOTION TO DISMISS</u>**

The Court has considered the Agreed Motion to Extend Time to File Reply to Plaintiff's Response to Defendant Lee C. Schlesinger's Partial Motion to Dismiss.  The Court is of the opinion that the Agreed Motion should be GRANTED.

THEREFORE, IT IS ORDERED that Defendant Schlesinger's deadline to file his reply to Plaintiff's response regarding this motion is extended to April 2, 2015.